IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

**PAM BELL,**
**An individual,**

  **Plaintiff,**             Civil Action No. 3:22-cv-00281

**v.**

**WHITE REALTY INC.,**

  **Defendant.**

---

STIPULATION OF DISMISSAL

---

The parties state that this case has been settled and stipulate to the dismissal of the action with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, costs taxed as paid.

Respectfully submitted this 3rd day of January, 2023.

        By:*/s/Rebecca J. Hutto*
         Rebecca J. Hutto, Esq. #39252
         Counsel for Plaintiff
         Wampler, Carroll, Wilson & Sanderson PC
         208 Adams Ave
         Memphis, TN 38103
         (901) 523-1844
         rebecca@wcwslaw.com

         /s/ Penny A. Arning
         Penny A Arning, Esq. (BPR # 017874)
         Melissa B. Carrasco, Esq. (BPR # 029094)
         Egerton, McAfee, Armistead & Davis, P.C.
         900 S. Gay Street, 14th Floor
         Knoxville, TN 37902
         Phone: (865) 546-0500
         Fax: (865) 525-5293
         Email: parning@emlaw.com
         mcarrasco@emlaw.com